## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the **27** day of **Aug 2012**, I **7:30 PM**
**Bobby V. House**
served this summons together with the complaint as follows:

☑ By personal service on the defendant at **Ronald Beasley**
**7898 Matham Jordan Rd. Millry, AL. 36558**

☐ By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

**8-28-2012**                    _____
Date                             *Authorized or Specially Appointed Process Server*
                                 **Bobby V. House**

Costs of Service: Service fee:
                    Expenses **25**   miles @ **25**  **$50**  Cents **0**
                                                      TOTAL

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

SWORN TO AND SUBSCRIBED BEFORE
ME **Bobby V. House** THIS
THE **28** DAY OF **Aug.** 20**12**
DONNA JILL JOHNSON, CIRCUIT CLERK
BY **Ima Moore**
DEPUTY CLERK

My Commission Expires 1st Monday, Jan. 2016